**MEMO ENDORSED**





USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 24 2012

Scott M. Smedresman, Esq.
email: ssmedresman@sorinrand.com
direct dial: 732.737.7868

September 24, 2012

<u>Via E-Mail to: Abrams_NYSDChambers@nysd.uscourts.gov</u>

Hon. Judge Ronnie Abrams
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

<u>Re:    Bankruptcy Status Report
Case:      *Emerson Radio Corp. v. Jazz Products, L.L.C. et al.*
Action No.:   09-cv-6056</u>

Dear Judge Abrams:

Pursuant to the July 13, 2012 order this Court, this letter serves to update the Court on the above-captioned matter.

As the Court is aware, this matter has been stayed pending the outcome of bankruptcy proceedings filed by Defendant Jazz Products, LLC (U.S. Bank. Ct., D.N.J. 09-33687). At the present time, the bankruptcy matter is actively proceeding.

Thus, Emerson Radio Corp. requests that this matter remain on hold pending the resolution of the bankruptcy matter.

If the Court has any questions or comments, please let us know.

Respectfully,
SORINRAND LLP

Scott Smedresman, Esq.

**SO ORDERED:**

_/s/ R.A._
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
9/24/12

cc:   Maria Elena Celis, counsel to Jazz Products, LLC

SORINRAND LLP
Two Tower Center Boulevard • 24th Floor • East Brunswick, New Jersey • 08816
Phone: 732.839.0400 • Fax: 732.393.1901
www.sorinrand.com
New York, NY | East Brunswick, NJ | Radnor, PA